No. 92–1618. KERVYN v. DEPRIEST ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1619. STEINSVAAG ET AL. v. DIAMOND D ENTERPRISES, U. S. A., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1620. GRUBBS ET AL. v. L. W. C. A. 9th Cir. Certiorari denied.

No. 92–1628. MCDERMOTT INTERNATIONAL, INC. v. UNDERWRITERS AT LLOYDS SUBSCRIBING TO MEMORANDUM OF INSURANCE NO. 104207 ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1629. SAMSUNG ELECTRONICS AMERICA, INC., ET AL. v. WHITE. C. A. 9th Cir. Certiorari denied.

No. 92–1633. LIBERDA v. CITY OF LIVE OAK, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1634. BIBLE ET AL. v. THOMAS. C. A. 9th Cir. Certiorari denied.

No. 92–1638. LEVER v. NORTHWESTERN UNIVERSITY ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1653. TURNER v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 92–1657. CITY OF EAST PROVIDENCE v. ROBINSON. Sup. Ct. R. I. Certiorari denied.

No. 92–1698. RICE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1705. MALONEY v. SALAFIA ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1709. TORRES-LABRON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.